IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Daniel Drzewiecki** | ) | No. 14 B 09766 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on August 26, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                            BY:/s/ Gina B. Krol
                                                          Ch 7 Bankruptcy Trustee

Service List:

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH   43054-3025

Portfolio Recovery Associates, LLC
Successor to US Bank National Assoc
P.O. Box 41067
Norfolk, VA   23541

James Sturino
jim@nordinsturino.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov