# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DRZEWIECKI, DANIEL | § | Case No. 14-09766 DRC |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 417,813.00<br>*(Without deducting any secured claims)* | Assets Exempt: 63,089.76 |
| Total Distributions to Claimants: 7,974.13 | Claims Discharged<br>Without Payment: 27,317.14 |
| Total Expenses of Administration: 4,207.63 | |

3) Total gross receipts of $ 12,181.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 12,181.76 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,207.63 | 4,207.63 | 4,207.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,191.05 | 9,948.22 | 9,948.22 | 7,974.13 |
| **TOTAL DISBURSEMENTS** | $ 36,191.05 | $ 14,155.85 | $ 14,155.85 | $ 12,181.76 |

4) This case was originally filed under chapter 7 on 03/18/2014. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/19/2016_____     By:/s/GINA B. KROL_____

                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 TAX REFUND | 1124-000 | 2,568.00 |
| BANK ACCONTS | 1129-000 | 781.00 |
| BANK ACCONTS | 1129-000 | 1,028.00 |
| 2003 Harley Davidson Motorcycle | 1129-000 | 4,952.50 |
| Vanguard Money Market Account | 1129-000 | 2,852.26 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,181.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 1,968.18 | 1,968.18 | 1,968.18 |
| GINA KROL | 2200-000 | NA | 4.85 | 4.85 | 4.85 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 6.88 | 6.88 | 6.88 |
| ADAMS-LEVINE | 2300-000 | NA | 6.68 | 6.68 | 6.68 |
| ASSOCIATED BANK | 2600-000 | NA | 446.84 | 446.84 | 446.84 |
| COHEN & KROL | 3110-000 | NA | 1,170.01 | 1,170.01 | 1,170.01 |
| GINA KROL | 3110-000 | NA | 584.99 | 584.99 | 584.99 |
| COHEN & KROL | 3120-000 | NA | 19.20 | 19.20 | 19.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,207.63 | $ 4,207.63 | $ 4,207.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA PO Box 15298 Wilmington, DE  19850 | | 14,097.00 | NA | NA | 0.00 |
| | Comcast c/o Stellar Revoery, Inc. 1327 Highway 2  W, Ste 100 Kalispell, MT  59901 | | 250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Stogsdill Law Firm | | | | | |
| | 1776 S Naperville Road | | | | | |
| | Building B, Suite 202 | | | | | |
| | Wheaton, IL  60189 | | 10,996.05 | NA | NA | 0.00 |
| 000001 | DISCOVER BANK | 7100-900 | 3,168.00 | 3,197.71 | 3,197.71 | 2,563.17 |
| 000002 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 7,680.00 | 6,750.51 | 6,750.51 | 5,410.96 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 36,191.05** | **$ 9,948.22** | **$ 9,948.22** | **$ 7,974.13** |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   1

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 14-09766   DRC   Judge: Donald R. Cassling | |
| Case Name: | DRZEWIECKI, DANIEL | |
| For Period Ending:  10/12/16 | | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 03/18/14 (f) |
| 341(a) Meeting Date: | 04/15/14 |
| Claims Bar Date: | 08/25/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CASH | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. Real estate | 261,797.00 | 0.00 | OA | 0.00 | FA |
| 8209 S. Luna, Burbank IL | | | | | |
| 3. VACANT LAND | 150,000.00 | 0.00 | OA | 0.00 | FA |
| Vacant Lot in WI; two acres, umimproved, waterfront access | | | | | |
| 4. BANK ACCONTS | 781.00 | 781.00 | OA | 781.00 | FA |
| TCF Checking | | | | | |
| 5. BANK ACCONTS | 1,028.00 | 1,028.00 | OA | 1,028.00 | FA |
| TCF Savings | | | | | |
| 6. Household Goods | 700.00 | 0.00 | OA | 0.00 | FA |
| Cell Phone, laptop, television | | | | | |
| 7. CLOTHES | 200.00 | 0.00 | OA | 0.00 | FA |
| 8. IRA | 12,590.76 | 0.00 | OA | 0.00 | FA |
| Roth IRA at Vanguard | | | | | |
| 9. 2003 Harley Davidson Motorcycle | 6,350.00 | 4,952.50 | | 4,952.50 | FA |
| 10. 2004 Chevy Colorado | 6,139.00 | 0.00 | OA | 0.00 | FA |
| 11. 14' Fishing Boat w/ 40 HP Motor | 800.00 | 0.00 | OA | 0.00 | FA |
| 12. City of Elmhurst Deferred Comp (u) | 43,899.00 | 0.00 | OA | 0.00 | FA |
| 13. City of Elmhurst PENSION (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 14. 2013 TAX REFUND (u) | 2,568.00 | 2,568.00 | OA | 2,568.00 | FA |
| 15. Vanguard Money Market Account (u) | 2,852.26 | 2,852.26 | | 2,852.26 | FA |
| 16. Books & Pictures | 0.00 | 0.00 | | 0.00 | FA |
| Baseball card collection | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $489,705.02 | $12,181.76 | | $12,181.76 | $0.00 |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.06a

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page:    2

| Case No: | 14-09766 | DRC   Judge: Donald R. Cassling |
| Case Name: | DRZEWIECKI, DANIEL | |

| | |
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 03/18/14 (f) |
| 341(a) Meeting Date: | 04/15/14 |
| Claims Bar Date: | 08/25/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for Review August 18, 2016, 10:43 am

Case is ready for claims review and TFR

October 08, 2015, 11:20 am

Trustee will review claims and prepare TFR

October 22, 2014, 11:44 am

Trustee liquidated small assets = equity in autos, tax refund, vanguard acct

October 01, 2014, 04:39 pm

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 03/31/16

/s/    GINA B. KROL

_____ Date: 10/12/16

GINA B. KROL

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 14-09766  -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | DRZEWIECKI, DANIEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1012  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3464 | | |
| For Period Ending: | 10/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 9 | Annette Drzewiecki 4843 S. Leclaire Ave. Chicago, IL 60638 | | 1129-000 | 4,952.50 | | 4,952.50 |
| 06/26/14 | 4, 5, 15 | Annette C. Drzewiecki 4843 S. Leclaire Ave. Chicago, IL 60638 | | 1129-000 | 4,661.26 | | 9,613.76 |
| 06/26/14 | 14 | United States Treasury Internal Revenue Service | | 1124-000 | 2,568.00 | | 12,181.76 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,171.76 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.09 | 12,153.67 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.07 | 12,135.60 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.46 | 12,118.14 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.02 | 12,100.12 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.41 | 12,082.71 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.96 | 12,064.75 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.94 | 12,046.81 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY  10165 | | 2300-000 | | 6.88 | 12,039.93 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.17 | 12,023.76 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.87 | 12,005.89 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.27 | 11,988.62 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.82 | 11,970.80 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.22 | 11,953.58 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.77 | 11,935.81 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.75 | 11,918.06 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.15 | 11,900.91 |

Page Subtotals     12,181.76        280.85

Ver: 19.06a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-09766 -DRC |
| Case Name: | DRZEWIECKI, DANIEL |
| Taxpayer ID No: | *******3464 |
| For Period Ending: | 10/19/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1012  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.69 | 11,883.22 |
| | 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.10 | 11,866.12 |
| | 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.64 | 11,848.48 |
| | 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.62 | 11,830.86 |
| | 02/18/16 | 030002 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 6.68 | 11,824.18 |
| | 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.45 | 11,807.73 |
| | 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.55 | 11,790.18 |
| | 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.96 | 11,773.22 |
| | 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.50 | 11,755.72 |
| | 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.91 | 11,738.81 |
| | 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.45 | 11,721.36 |
| * | 09/15/16 | 030003 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | 1,973.03 | 9,748.33 |
| | | | | Fees          1,968.18 | 2100-003 | | | |
| | | | | Expenses          4.85 | 2200-003 | | | |
| * | 09/15/16 | 030003 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution<br>issued in error when running distribution | | | -1,973.03 | 11,721.36 |
| | | | | Fees          (    1,968.18 ) | 2100-003 | | | |
| | | | | Expenses          (    4.85 ) | 2200-003 | | | |
| * | 09/15/16 | 030004 | Gina Krol<br>105 W. Madison Street<br>Suite 1100 | Final Distribution | 3110-003 | | 584.99 | 11,136.37 |

| | | | |
|---|---|---|---|
| Page Subtotals | 0.00 | 764.54 | |

Ver: 19.06a

FORM 2                                                                                                    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 14-09766  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | DRZEWIECKI, DANIEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1012  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3464 | | |
| For Period Ending: | 10/19/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60602 | | | | | | |
| * 09/15/16 | 030004 | Gina Krol | Final Distribution | | 3110-003 | | -584.99 | 11,721.36 |
| | | 105 W. Madison Street | issued in error when running distribution | | | | | |
| | | Suite 1100 | | | | | | |
| | | Chicago, IL  60602 | | | | | | |
| * 09/15/16 | 030005 | Cohen & Krol | Final Distribution | | | | 1,189.21 | 10,532.15 |
| | | Attorneys for Trustee | | | | | | |
| | | 105 W. Madison Street | | | | | | |
| | | Suite 1100 | | | | | | |
| | | Chicago, IL  60602 | | | | | | |
| | | | Fees | 1,170.01 | 3110-003 | | | |
| | | | Expenses | 19.20 | 3120-003 | | | |
| * 09/15/16 | 030005 | Cohen & Krol | Final Distribution | | | | -1,189.21 | 11,721.36 |
| | | Attorneys for Trustee | issued in error when running distribution | | | | | |
| | | 105 W. Madison Street | | | | | | |
| | | Suite 1100 | | | | | | |
| | | Chicago, IL  60602 | | | | | | |
| | | | Fees | (    1,170.01 ) | 3110-003 | | | |
| | | | Expenses | (      19.20 ) | 3120-003 | | | |
| * 09/15/16 | 030006 | Discover Bank | Final Distribution | | 7100-903 | | 2,563.17 | 9,158.19 |
| | | DB Servicing Corporation | | | | | | |
| | | PO Box 3025 | | | | | | |
| | | New Albany, OH 43054-3025 | | | | | | |
| * 09/15/16 | 030006 | Discover Bank | Final Distribution | | 7100-903 | | -2,563.17 | 11,721.36 |
| | | DB Servicing Corporation | issued in error when running distribution | | | | | |
| | | PO Box 3025 | | | | | | |
| | | New Albany, OH 43054-3025 | | | | | | |
| * 09/15/16 | 030007 | Portfolio Recovery Associates, LLC | Final Distribution | | 7100-903 | | 5,410.96 | 6,310.40 |
| | | successor to US BANK NATIONAL | | | | | | |
| | | ASSOCIATION ND | | | | | | |

Page Subtotals                                                                 0.00            4,825.97

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*                                                       Ver: 19.06a

FORM 2

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-09766  -DRC | |
| Case Name: | DRZEWIECKI, DANIEL | |
| Taxpayer ID No: | *******3464 | |
| For Period Ending: | 10/19/16 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1012  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/15/16 | 030007 | PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL<br>ASSOCIATION ND<br>PO Box 41067<br>Norfolk, VA 23541 | Final Distribution<br>issued in error when running distribution | | | 7100-903 | | -5,410.96 | 11,721.36 |
| 09/16/16 | 030008 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | | | 1,973.03 | 9,748.33 |
| | | | Fees<br>Expenses | 1,968.18<br>4.85 | | 2100-000<br>2200-000 | | | |
| 09/16/16 | 030009 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | 3110-000 | | 584.99 | 9,163.34 |
| 09/16/16 | 030010 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | | | 1,189.21 | 7,974.13 |
| | | | Fees<br>Expenses | 1,170.01<br>19.20 | | 3110-000<br>3120-000 | | | |
| 09/16/16 | 030011 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | | | 7100-900 | | 2,563.17 | 5,410.96 |
| 09/16/16 | 030012 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL | Final Distribution | | | 7100-900 | | 5,410.96 | 0.00 |

Page Subtotals        0.00        6,310.40

Ver: 19.06a

LFORM24

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-09766  -DRC |
| Case Name: | DRZEWIECKI, DANIEL |
| | |
| Taxpayer ID No: | *******3464 |
| For Period Ending: | 10/19/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1012  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ASSOCIATION ND PO Box 41067 Norfolk, VA 23541 | | | | | |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 12,181.76 | 12,181.76 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,181.76 | 12,181.76 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,181.76 | 12,181.76 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******1012 | 12,181.76 | 12,181.76 | 0.00 |
| ------------------------ | ------------------------ | ------------------------ |
| | 12,181.76 | 12,181.76 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                         0.00                  0.00

Ver: 19.06a